AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Nicolas CASTRO Jr. | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 8, 2020  in the county of  Webb  in the Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 Section 841(a)(1) | Knowingly and intentionally posses with the intent to distribute a controlled substance listed under Schedule II, of the Controlled Substances Act, to wit; approximately 1.26 kilograms of methamphetamine. |

This criminal complaint is based on these facts:
_____See Attachment 1_____

☑ Continued on the attached sheet.

*Oscar Garcia Jr.*
Complainant's signature

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Oscar Garcia Jr. sworn to and signature attested telephonically on September 10, 2020, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge

tos

Attachment A

On Tuesday 09-08-2020, at approximately 8:16 am, Nicolas CASTRO Jr. arrived at the Laredo, Texas Gateway to the Americas Bridge #1 via pedestrian through primary walk lane #2, where he applied for admission as a United States Citizen. During the process, CASTRO was referred to secondary inspection and CASTRO's belongings were inspected. During the inspection, CASTRO declared to have lunch tacos and chips as part of his lunch contained inside a plastic bag.

While inspecting the plastic bag, CBP Officers noticed 4 individual bundles that appeared to be tacos wrapped in saran wrap. CBP Officer noticed that the 4 bundles felt heavy and hard. A K-9 inspection was conducted on the belongings and the K-9 alerted to the trained odor of narcotics within the belongings. Further inspection of the bundles revealed that they tested positive for methamphetamine. The bundles weighted approximately 1.26 kilograms.

On that same day, DEA TFO Oscar Garcia along with DEA SA Jonathan Schnur responded to the Laredo Port of Entry Bridge No.1 to interview Nicolas CASTRO. Upon interviewing Nicolas CASTRO, CASTRO claimed ownership of the bag that contained the 1.26 kilograms of methamphetamine. During the interview, Castro admitted to having knowledge that the bag contained drugs and stated it was his second time transporting drugs by concealing them as breakfast tacos. CASTRO added that he was he was going to be paid $1,500.00 (USD) to transport the drugs to Austin, Texas. Castro was arrested and transported to the Rio Grande Detention Center where he remained pending his initial appearance before a United States Magistrate Judge.